IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ALEJANDRO JARAMILLO** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-00338-Y |
| | § | |
| **LIBERTY MUTUAL INSURANCE COMPANY** | § | |
| | § | |
| *Defendant* | § | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CAP PLAINITFF'S ATTORNEYS' FEES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alejandro Jaramillo, Plaintiff in the above enumerated and entitled civil action and files this, his Response to Defendant's Motion to Cap Plaintiff's Attorneys' Fees. This Response is based on the pleadings and evidence on file, the Brief in Support and supporting exhibits, as well as any other evidence and arguments that may be offered at the hearing.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Honorable Court deny Defendant's Motion to Cap Plaintiff's Attorneys' Fees. Plaintiff also requests any other and further relief, either at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

*/s/ Heather E. Hall*
**McCLENNY MOSELEY & ASSOCIATES, PLLC**
James M. McClenny
State Bar No. 24091857
Federal I.D. No. 2764142
J. Zachary Moseley

        State Bar No. 24092863
        Federal I.D. No. 2706476
        Heather E. Hall
        State Bar No. 24089909
        516 Heights Boulevard
        Houston, Texas 77007
        Principal Office No. 713-334-6121
        Facsimile: 713-322-5953
        James@mma-pllc.com
        Zach@mma-pllc.com
        Heather@mma-pllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 17, 2019 a true and correct copy of the foregoing was served on all counsel of record, via the Court's electronic filing system or as indicated below, pursuant to Federal Rules of Civil Procedure 5(b), as follows:

Tillman Batchelor LLP
Mark D Tillman
Colin R Batchelor
Jackson Philip Mabry
State Bar No.: 24078894
5605 N Macarthur Blvd Ste 560
Irving, TX 75038-2622
Office: (214) 492-5721
Fax: (214) 492-5721
jackson.mabry@tb-llp.com
mark.tillman@tb-llp.com
colin.batchelor@tb-llp.com

                */s/ Heather E. Hall*
                Heather E. Hall